UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MORRIS KAUFMAN,                                   :
                          Plaintiff,              :
v.                                                :
                                                  :     **ORDER OF**
                                                  :     **PARTIAL DISMISSAL**     1/26/22
EXPERIAN INFORMATION SOLUTIONS,                   :
INC., and AMERICAN EXPRESS                        :
COMPANY,                                          :     21 CV 9836 (VB)
                          Defendants.             :
-----------------------------------------------------------x

The Court has been advised plaintiff and defendant Experian Information Solutions, Inc.,

have resolved this case.  Accordingly, it is hereby ORDERED that this action is dismissed as to

Experian Information Solutions, Inc., only, without costs, and without prejudice to the right to

restore Experian Information Solutions, Inc., to the action, provided the application to restore

Experian Information Solutions, Inc., to the action is made by no later than February 25, 2022.

To be clear, any application to restore Experian Information Solutions, Inc., to the action must be

filed by February 25, 2022, and any application to restore Experian Information Solutions, Inc.,

to the action filed thereafter may be denied solely on the basis that it is untimely.

The Clerk is instructed to terminate Experian Information Solutions, Inc., from the

docket.

Dated: January 26, 2022
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge